# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |  | |
|---|---|---|---|
| Case No. | SACR 10-00070-CJC-1 | Date | July 14, 2015 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Melissa Kunig | Debbie Hino-Spaan; Miriam Baird | Jennifer Waier |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Harshad Shah | X | | X | Michael Severo | X | | X |
| | | | | Daniel Layton | X | | X |
| | | | | Joseph Wilson | X | | X |

| | Day COURT TRIAL | 1st | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|
| | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |

| X | The Jury is impaneled and sworn. |
|---|---|
| X | Opening statements made    Plaintiff & Defendant |
| | Witnesses called, sworn and testified. |
| | Exhibits identified     Exhibits admitted |
| | Government rests.    Defendant(s)    rest. |
| | Motion for mistrial by ___ is ___ granted ___ denied ___ submitted |
| | Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted |
| | Closing arguments made    Court instructs jury    Bailiff sworn |
| | Alternates excused    Jury retires to deliberate    Jury resumes deliberations |
| | Finding by Court as follows:    Jury Verdict as follows: |
| Dft # | Guilty on count(s) ___ Not Guilty on count(s) |
| | Jury polled    Polling waived |
| | Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict |
| | Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing. |
| | Dft # ___ remanded to custody.    Remand/Release# ___ issd.    Dft # ___ released from custody. |
| | Bond exonerated as to Dft # |
| X | Case continued to    Wednesday, July 15, 2015 at 8:30 am    for further trial/further jury deliberation. |
| | Other: |

4 : 41

Initials of Deputy Clerk    mku

CR-78 (10/08)    **CRIMINAL MINUTES - TRIAL**    Page 1 of 1