# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 10-00070-CJC-1 | Date | July 15, 2015 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Melissa Kunig | Debbie Hino-Spaan; Miriam Baird | Jennifer Waier |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Harshad Shah | X | | X | Michael Severo | X | | X |
| | | | | Daniel Layton | X | | X |
| | | | | Joseph Wilson | X | | X |

___ Day COURT TRIAL     2nd Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    X Held & continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

___ Government rests.    ___ Defendant(s) rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___    Not Guilty on count(s) ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.    ___ Remand/Release# _____ issd.    Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to Thursday, July 16, 2015 at 8:30 am for further trial/further jury deliberation.

___ Other: _____

6 : 52

Initials of Deputy Clerk    mku