1           **UNITED STATES DISTRICT COURT**

2       **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

3         **HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE**

4

5  UNITED STATES OF AMERICA,         )

                                     )

6                   Plaintiff,       )      <u>**CERTIFIED**</u>

                                     )

7         vs.                        )   Case No.

                                     )   8:10-cr-00070-CJC-1

8  HARSHAD SHAH,                     )

                                     )   Volume 1

9                   Defendant.       )

   _____)

10

11

12

13              REPORTER'S TRANSCRIPT OF

14              JURY TRIAL – DAY 4

15              FRIDAY, JULY 17, 2015

16                   8:29 A.M.

17              SANTA ANA, CALIFORNIA

18

19

20

21

22  _____

23            **DEBBIE HINO–SPAAN, CSR 7953, CRR**

              FEDERAL OFFICIAL COURT REPORTER

24          411 WEST FOURTH STREET, ROOM 1-191

            SANTA ANA, CALIFORNIA 92701-4516

25                dhinospaan@yahoo.com

**UNITED STATES DISTRICT COURT**

1                    **APPEARANCES OF COUNSEL:**

2

3     **FOR THE PLAINTIFF:**

4            EILEEN M. DECKER
             United States Attorney
5            BY:  JENNIFER WAIER
                  Assistant United States Attorney
6            United States Courthouse
             411 West Fourth Street
7            Suite 8000
             Santa Ana, California 92701
8            (714) 338-3505

9     **FOR THE DEFENDANT:**

10           THE SEVERO LAW FIRM
             BY:  MICHAEL V. SEVERO, ESQ.
11           79 South Lake Avenue
             Suite 945
12           Pasadena, California 91101
             (626) 844-6400
13
             WILSON TAX LAW GROUP
14           BY:  JOSEPH P. WILSON, ESQ.
                  DANIEL W. LAYTON, ESQ.
15           10832 Lemon Drive
             Suite C609
16           Yorba Linda, California 92886
             (714) 463-4430

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1                          **I N D E X**

2     **WITNESSES**                                          **PAGE**

3     **PRAVEEN KAMBAM, CALLED BY THE DEFENDANT**

          Direct Examination by Mr. Severo              4
4         Cross-Examination by Ms. Waier               13
          Redirect Examination by Mr. Severo           17
5         Recross-Examination by Ms. Waier             18

6

7

8

9

10

11                        **EXHIBITS**

12                      (None offered.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                SANTA ANA, CALIFORNIA; FRIDAY, JULY 17, 2015

 2                             8:29 A.M.

 3                              - - -

 4                 (In the presence of the jury.)

08:29AM 5        THE COURT:  Good morning, ladies and gentlemen.

 6   Please be seated.

 7        Mr. Severo, you're ready to call your next witness?

 8            MR. SEVERO:  I am, sir.  Defense calls Dr. Praveen

 9   Kambam.

08:29AM 10           THE COURT:  Very well.  If you could stand right by

11   the court reporter for a moment.

12        PRAVEEN KAMBAM, DEFENDANT'S WITNESS, WAS SWORN

13           THE COURTROOM DEPUTY:  Please state your full name

14   and spell your last name for the record.

08:30AM 15           THE WITNESS:  Yes.  My name is Praveen Kambam,

16   spelled K-a-m-b-a-m.

17                      DIRECT EXAMINATION

18   BY MR. SEVERO:

19   Q    Good morning, Doctor.  What is your occupation, sir?

08:30AM 20   A    I'm a physician specializing in forensic psychiatry.

21   Q    And can you tell the ladies and gentlemen of the jury a

22   summary of your professional -- of your education, please,

23   after high school.

24   A    Sure.  I received a BA in psychology at Emory University

08:30AM 25   in Georgia in 1999.  After that I received an M.D. at the
```

UNITED STATES DISTRICT COURT

1    University of Tennessee in 2004.  After that I received my

2    internship in residency at the University of Michigan followed

3    by a fellowship, which is subspecialty training in child and

4    adolescent psychiatry at UCLA.  After that I completed a

08:31AM  5    forensic psychiatry fellowship in Ohio.  And since that point

6    in time, I've been working as a clinical assistant professor at

7    UCLA, department of psychiatry.

8        I've also practiced in private practice doing clinical and

9    forensic psychiatry, and for the County of Los Angeles

08:31AM 10    performing court evaluation.

11    Q    Can you explain briefly forensic psychiatry.

12    A    It's basically the area of psychiatry that intersects with

13    the law where mental state issues come into court cases

14    essentially.

08:31AM 15    Q    Would you tell us what your professional experience is.

16    A    Yes.  As I stated earlier, I'm a clinical assistant

17    professor at UCLA, department of psychiatry.  I'm in private

18    practice, and I also work for the County of Los Angeles

19    Department of Mental Health, Court Mental Health Services and

08:32AM 20    Juvenile Justice.

21    Q    And have you published any papers or books in your area

22    of expertise?

23    A    Yes.  I published approximately ten chapters, journal

24    articles in my area.

08:32AM 25    Q    And have you made any presentations to -- well, have you

```
 1  given presentations on -- in your area of endeavor?
 2  A     Yes.  I've given presentations at UCLA Grand Rounds, which
 3  is basically conferences for the doctors at professional
 4  conferences, including the American Psychiatric Association,
 5  international associations and other organizations.  So
 6  probably estimating about 50 presentations.
 7  Q     Are you a member of any professional associations?
 8  A     Yeah, I'm a member of the American Psychiatric
 9  Association, the American Academy of Child and Adolescent
10  Psychiatry, the American Academy of Psychiatry and the Law, as
11  well as the regional offices of those in California.
12  Q     Have you testified in court as an expert before?
13  A     Yes.
14  Q     Federal Court?
15  A     Yes.
16  Q     State Court?
17  A     Yes.
18  Q     How many times have you, approximate?
19  A     Estimating, maybe 30 times.
20  Q     All right.  You are -- I don't know if I asked you or if
21  you said this, are you board certified?
22  A     Yeah, I'm board certified in the specialty of psychiatry.
23  I'm board certified in the subspecialty of child and adolescent
24  psychiatry and forensic psychiatry.
25  Q     Can you explain what board certification means.
```

08:32AM 5

08:33AM 10

08:33AM 15

08:33AM 20

08:33AM 25

**UNITED STATES DISTRICT COURT**

A      To be able to be board certified, you need to complete an

amount of training in the areas.  You also have to go through a

test process.  When I went through it, it consisted of two

examinations, an oral exam in front of people and a written

08:34AM  exam as well.

Q      Thank you.  Were you retained in this case to review the

mental health records of one Michael Ham?

A      Yes.

Q      And your retainer included -- or was based on the hours

08:34AM  of work that you would put into review and testimony and so

forth?

A      Yes.

Q      And how much are you charging per hour?

A      $500.

08:34AM  Q      And is that a standard fee in the industry?

A      That's a standard fee.

Q      All right.  So far -- I'm anticipating some of the

questions on cross -- how much have you been paid for your

time?

08:34AM  A      Including today, approximately $9,000.

Q      All right.  Very well.

       Now, what documents did you review in preparation for

your testimony, sir?

A      I reviewed records from the OWCP, the Office of Workers'

08:35AM  Compensation, as well as Kaiser medical records for Mr. Ham,

1    Mr. Michael Ham.

2    Q     And can you summarize for the Court and the jury the

3    mental health issues presented in those records.

4    A     Well, there was varying accounts, but if you put the

08:35AM 5    records together, Mr. -- it appeared Mr. Ham had a long history

6    of depression and anxiety symptoms which began in his

7    elementary years, worsened again in his college years and

8    worsened in his employment in the IRS.

9              MS. WAIER:  Objection.  Relevance.

08:35AM 10             THE COURT:  Overruled.

11             THE WITNESS:  Worsened again when he was in the IRS.

12   The symptoms typically consisted of sad mood, forgetfulness,

13   cognitive problems, inability to focus, becoming easily

14   irritated, feeling overwhelmed at work, making errors to the

08:36AM 15   point where he was off work for approximately seven years and

16   found the thought of going back to work extremely stressful and

17   provoking to him.

18             MS. WAIER:  Objection, Your Honor, calls for

19   speculation, hearsay.

08:36AM 20             THE COURT:  Overruled.  You have a standing

21   objection.

22   Q     BY MR. SEVERO:  So during the time of his disability

23   period, 2001 through 2007, was he examined by a number of

24   mental health professionals?

08:36AM 25   A     Yes.

| | |
|---|---|
| 1 | Q      Was he tested? |
| 2 | A      When you say "tested," you mean psychological testing? |
| 3 | Q      I'm sorry.  Yes, psychological testing. |
| 4 | A      Yes, he did psychological testing. |
| 08:36AM 5 | Q      What type of psychological testing was done? |
| 6 | A      Some symptom inventory questionnaires which are basically |
| 7 | questionnaires to the individual.  But there was also a |
| 8 | specific test called the MMPI, the Minnesota Multiphasic |
| 9 | Personality Inventory, and that was performed three times. |
| 08:37AM 10 | Q      And can you summarize for us the -- if you can, the |
| 11 | results of those MMPI tests. |
| 12 | A      The MMPI test indicated similar symptoms, depression and |
| 13 | anxiety symptoms.  They also pointed to potential personality |
| 14 | traits that he may possess.  Also the tests pointed to possible |
| 08:37AM 15 | exaggeration of psychiatric symptoms. |
| 16 | Q      When you say "exaggeration of psychiatric symptoms," what |
| 17 | do you mean by that? |
| 18 | A      There is a scale, an F scale is what they call it, on the |
| 19 | test, and basically from using standardized answers to |
| 08:37AM 20 | questions from people.  And if your answers to different |
| 21 | questions are consistent, they can calculate the likelihood of |
| 22 | you exaggerating symptoms.  In other words, making up symptoms |
| 23 | or trying to make yourself look sick than you really are. |
| 24 | Q      Is that a form of malingering? |
| 08:38AM 25 | A      It can be a form of malingering. |

Q     Now, did you -- are the results of the testing consistent

with a pattern of dishonesty for external gain?

              MS. WAIER:  Objection, Your Honor.  Relevance.

              THE COURT:  Overruled.

08:38AM       THE WITNESS:  Would you mind repeating the question.

Q     BY MR. SEVERO:  Yes.  The results of the testing and the

overall mental health condition of this individual, is it

consistent with a pattern of dishonesty for external gain?

A     It's -- the F testing that we just mentioned, if there is

08:38AM an exaggeration of symptoms in the context of a disability

claim, that would be consistent with somebody seeking external

gain, i.e., disability benefits.

Q     So you noted that he returned to work at some point?

A     Yes.

08:39AM Q     What were -- in terms of the testing you saw -- or not

the testing, some of the reports you saw, were there -- was he

either exaggerating or was he fit to go back to work?

A     Well, there was some dispute over this, and that's why the

OWCP had not resolved the issue when he returned to work.  Some

08:39AM evaluators believe that his symptoms were too severe for him to

return to work, that he was unable -- unfit to return to work.

One evaluator, Dr. Nair, had a different opinion and believed

that he had several psychiatric symptoms, but they were not

necessarily caused by the IRS and that he possibly was

08:39AM exaggerating some of the symptoms.

**UNITED STATES DISTRICT COURT**

1    Q      Did you note that he went back to work in 2008?

2    A      Yes.

3    Q      And after he went back to work, did he complain of

4    similar symptoms?

08:40AM  5    A      Yeah, per the Kaiser records, he complained to his

6    treating doctor at Kaiser that returning to work had increased

7    his symptoms.  He had an increase in dosage of his

8    antidepressant medication, and he requested a letter from his

9    doctor and a follow-up visit for mental holiday from work that

08:40AM 10    he was probably going to need to make another claim if he

11    didn't get a mental holiday from work.

12    Q      Do you happen to know when that was?

13    A      Approximately June 2008.  Around that time.

14    Q      All right.  Now, if he was unfit to return to work --

08:40AM 15    well, let me strike that.  Let me ask the question this way:

16    Returning to work -- no.  Let's start again.

17           He abandoned his claim after Dr. Nair's report; is that

18    correct?

19    A      Not immediately.  So he contested Dr. Nair's report saying

08:41AM 20    that Dr. Nair didn't receive all the records, that they didn't

21    agree.  He had his doctor write a letter to the office saying

22    that he really was disabled.  These symptoms were more severe

23    than what Dr. Nair stated.

24           During the administrative process that was going on, in

08:41AM 25    terms of reviewing his claim before it was resolved, he went

**UNITED STATES DISTRICT COURT**

1    and returned to work without the office knowing.

2    Q    So his doctor had written sometime in 2006 or 2000 -- or

3    early 2007, that he was still depressed?

4    A    Yes.

08:41AM 5    Q    Still suffering from cognitive issues?

6    A    Yes.

7    Q    Still suffering from memory impairment?

8    A    Yes.

9    Q    So his return to work in that kind of mental health --

08:42AM 10   mental condition, would the stress of the work amplify those

11   symptoms?

12           MS. WAIER:  Objection.  Speculation.  Lacks

13   foundation as to what work he did.

14           THE COURT:  Overruled.

08:42AM 15          THE WITNESS:  Well, I can say a couple of things.

16   One thing is we know it exacerbated his symptoms because he

17   said so to his Kaiser doctors.  He asked for an increase -- his

18   doctor provided an increase in medication.  He wanted a letter

19   to leave work because the stress had increased.

08:42AM 20       Also from a psychiatric standpoint when people are

21   overwhelmed or have anxiety and they're off of work for a

22   while, it's essentially avoiding the stressor, the thing that

23   caused the stress or the thing that's exacerbating your

24   symptoms.  So when you return back into that environment, it's

08:42AM 25   a source of stress that's going to increase your symptoms.

**UNITED STATES DISTRICT COURT**

```
 1   Q     BY MR. SEVERO:  And those types of symptoms would -- did
 2   they affect an individual's ability to perform work functions?
 3   A     Yes.  Common symptoms of depression and anxiety which
 4   Mr. Ham had reported was concentration difficulties, become
 5   easily overwhelmed, poor memory, making those type of cognitive
 6   errors.  So yes.
 7   Q     Very well.
 8         I need a moment, Your Honor.
 9              (Brief pause.)
10              BY MR. SEVERO:  That's all I have.
11         Thank you, Doctor.
12              THE COURT:  Ms. Waier.
13                       CROSS-EXAMINATION
14   BY MS. WAIER:
15   Q     Good morning.
16   A     Good morning.
17   Q     So let's talk about what you did to prepare for your
18   testimony today.  You looked at some records?
19   A     Yes.
20   Q     Where did you get those records?
21   A     It was sent by Adam Braun, the previous attorney's office.
22   Q     The defense counsel?
23   A     Yes.
24   Q     So did you go and check that those were the actual
25   medical records from the providers?
```

1   A     Did not go to Kaiser myself, no.

2   Q     How about did you go to the actual treating physicians?

3   A     No, I didn't visit the treating physicians.

4   Q     Did you -- did you make sure that you had all of the

08:44AM 5   records?

6   A     I asked for all of the records, but I didn't go to each

7   doctor's office or the office of WCP and check those records

8   myself.

9   Q     You would agree with me that in order to make an

08:44AM 10   evaluation of a patient, the best thing to do is to actually

11   examine them yourself; right?

12   A     Well, for a complete evaluation -- diagnostic evaluation

13   of a patient, sure, it would be good to do an evaluation in

14   person.  This is not my patient.

08:44AM 15   Q     And that's because psychology and psychiatry is not an

16   exact science?

17   A     None of medicine is an exact science.

18   Q     Well, either you have cancer or you don't.  Sometimes you

19   can look at a cell and you can determine if you have cancer or

08:45AM 20   don't, but doctors can vary as to whether someone has

21   depression or they don't?

22   A     Yeah, certainly doctors do disagree at times about

23   depression.

24   Q     In fact, they also disagree on severity?

08:45AM 25   A     They can.

**UNITED STATES DISTRICT COURT**

1    Q     In fact, we had that in this case; right?  You talked

2    about Dr. Nair, who had a different opinion than other doctors;

3    right?

4    A     That's correct.

08:45AM 5    Q     So it's hard to just rely on records to make any kind of

6    evaluation without evaluating the patient yourself?

7    A     I don't know what you mean, but it's hard.  I think we can

8    extrapolate from the records exactly what the doctors were

9    saying.  They reported the symptoms.

08:45AM 10   Q     Well, did they report the symptoms or are they reporting

11   what they determined that the patient said; right?

12   A     Both.

13   Q     You didn't listen to recordings of the patient, did you?

14   A     No.  But in their reports they write their assessment of

08:45AM 15   the patient including the mental status examination.  It's kind

16   of equivalent of a physical exam.  So that's the doctor's

17   assessment, not the patient's assessment.

18   Q     You didn't talk to the doctors?

19   A     Did not talk to the doctors face to face.

08:46AM 20   Q     Did you make sure those were the only doctors that

21   Mr. Ham had seen?

22   A     No.  I just had the Kaiser records.

23   Q     And the records that were chosen to be given to you by

24   defense counsel?

08:46AM 25   A     Sure.

```
 1   Q      Okay.  Did you -- do you know what the job duties were of
 2   Revenue Agent Ham?
 3   A      Based on the employee statement that he made, there was a
 4   list of some of his job duties.
 5   Q      Okay.  Did you talk to his supervisor to see how he was
 6   performing at the job?
 7   A      I didn't talk to anyone at the IRS.
 8   Q      So you didn't talk to Ms. Witherspoon and find out he was
 9   doing well?
10   A      I didn't talk to Ms. Witherspoon, but I saw the records
11   that listed kind of his mental health symptoms and job
12   performances related to his claims.
13   Q      From the Internal Revenue Service?
14   A      From the OWCP in Kaiser.
15   Q      From 2008 when he started back at work?
16   A      There's also Kaiser records beyond that.
17   Q      Right.  But did you look at his performance evaluations?
18   A      I didn't see his current performance evaluations.
19   Q      So if he had performance evaluations where he was
20   performing well as an auditor, would that affect your opinion
21   as to whether or not he was -- if he was doing well on the job?
22   A      That would speak to his performance at the job, which
23   might influence some of the mental health symptoms, but that
24   assessment was still included in the Kaiser records, you know,
25   they spoke specifically about his work performance.  So, for
```

08:46AM (line 5)
08:46AM (line 10)
08:47AM (line 15)
08:47AM (line 20)
08:47AM (line 25)

```
 1   example, when he's asking for a mental holiday from work,

 2   that's talking about his work performance.

 3   Q    That's him talking about what he needed that day; right?

 4   A    That's correct.

 5   Q    And, in fact, Revenue Agent Ham was very vocal about when

 6   he needed something and when he didn't; right?

 7   A    He was very vocal?

 8   Q    Well, you're saying if he needed the mental holiday, he

 9   needed the mental holiday; right?

10   A    Yes, he asked for a mental holiday.  I don't know what you

11   mean by "vocal" exactly.

12   Q    Well, you would agree with me that depression can be

13   treated?

14   A    Yes, depression can be treated.

15   Q    And if you -- and people with depression hold normal jobs

16   all the time?

17   A    Some people with depression hold normal jobs, yes.

18   Q    It wouldn't surprise you that someone with depression can

19   be an excellent revenue auditor?

20   A    That's possible, yes.

21        MS. WAIER:  Okay.  No further questions.

22                      REDIRECT EXAMINATION

23   BY MR. SEVERO:

24   Q    The length of a disability period based on depression

25   give you some clue as to the severity of the individual's
```

**UNITED STATES DISTRICT COURT**

```
 1  symptoms?

 2  A    Yes.  Typically the longer somebody is on disability, the

 3  less likelihood they're ever going to be able to return to

 4  work.

 5  Q    And there was some -- let me ask you, the MMPI we talked

 6  about, is that a -- an objective type of testing?

 7  A    Yes, that's a form of objective psychological testing.

 8  Q    So what you reviewed was not just Mr. Ham's words or the

 9  doctor's own words, but also the testing that was done?

10  A    That's correct.

11  Q    And your conclusions and opinions as you've stated them

12  here today are based on -- in part on that testing?

13  A    Yeah, in part on the testing, that's correct.

14          MR. SEVERO:  Thank you.  That's all I have.

15          THE COURT:  Ms. Waier.

16          MS. WAIER:  Really briefly.

17                      RECROSS-EXAMINATION

18  BY MS. WAIER:

19  Q    But your conclusions are based on other doctors'

20  records --

21  A    Partially.

22  Q    -- that were given to you by defense?

23  A    Yes.

24  Q    You didn't even talk to those doctors?

25  A    Typically experts don't talk to the individual doctors.
```

| | |
|---|---|
| 1 | Q    But you didn't do that; right? |
| 2 | A    I didn't do that, no. |
| 3 | Q    And you didn't even evaluate Revenue Agent Ham, did you? |
| 4 | A    I did not have a face-to-face evaluation with Mr. Ham, no. |
| 08:49AM 5 | Q    Thank you. |
| 6 | No further questions. |
| 7 | THE COURT:  Sir, you can step down.  You're excused. |
| 8 | THE WITNESS:  Thank you. |
| 9 | MR. SEVERO:  Defense rests. |
| 08:50AM 10 | THE COURT:  Very well. |
| 11 | Anything further from the Government? |
| 12 | MS. WAIER:  No, Your Honor.  The Government rests. |
| 13 | THE COURT:  All right.  Ladies and gentlemen, I need |
| 14 | about ten minutes to make copies of the jury instructions for |
| 08:50AM 15 | you to set up for closing arguments.  So we'll just take about |
| 16 | a ten-minute break and then we'll go to jury instructions.  All |
| 17 | right. |
| 18 | THE COURTROOM DEPUTY:  All rise. |
| 19 | **(Further proceedings reported by** |
| 20 | **Debbie Gale in Volume 2.)** |
| 21 | --oOo-- |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

UNITED STATES DISTRICT COURT

1        *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5              I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  September 8, 2015*

16

17

18

19                           */S/ DEBBIE HINO-SPAAN_*

20                           *Debbie Hino-Spaan, CSR No. 7953*
                             *Federal Official Court Reporter*
21

22

23

24

25

**UNITED STATES DISTRICT COURT**

## $

**$500** [1] - 7:14
**$9,000** [1] - 7:20

## /

**/S** [1] - 20:19

## 1

**1** [1] - 1:8
**1-191** [1] - 1:24
**10832** [1] - 2:15
**13** [1] - 3:4
**17** [3] - 1:15, 3:4, 4:1
**18** [1] - 3:5
**1999** [1] - 4:25

## 2

**2** [1] - 19:20
**2000** [1] - 12:2
**2001** [1] - 8:23
**2004** [1] - 5:1
**2006** [1] - 12:2
**2007** [2] - 8:23, 12:3
**2008** [3] - 11:1, 11:13, 16:15
**2015** [3] - 1:15, 4:1, 20:15
**28** [1] - 20:8

## 3

**30** [1] - 6:19
**338-3505** [1] - 2:8

## 4

**4** [2] - 1:14, 3:3
**411** [2] - 1:24, 2:6
**463-4430** [1] - 2:16

## 5

**50** [1] - 6:6

## 6

**626** [1] - 2:12

## 7

**714** [2] - 2:8, 2:16
**753** [1] - 20:8
**79** [1] - 2:11
**7953** [2] - 1:23, 20:20

## 8

**8** [1] - 20:15

**8000** [1] - 2:7
**844-6400** [1] - 2:12
**8:10-cr-00070-CJC-1** [1] - 1:7
**8:29** [2] - 1:16, 4:2

## 9

**91101** [1] - 2:12
**92701** [1] - 2:7
**92701-4516** [1] - 1:24
**92886** [1] - 2:16
**945** [1] - 2:11

## A

**A.M** [2] - 1:16, 4:2
**abandoned** [1] - 11:17
**ability** [1] - 13:2
**able** [2] - 7:1, 18:3
**above-entitled** [1] - 20:11
**Academy** [2] - 6:9, 6:10
**accounts** [1] - 8:4
**actual** [2] - 13:24, 14:2
**Adam** [1] - 13:21
**administrative** [1] - 11:24
**adolescent** [2] - 5:4, 6:23
**Adolescent** [1] - 6:9
**affect** [2] - 13:2, 16:20
**Agent** [3] - 16:2, 17:5, 19:3
**agree** [3] - 11:21, 14:9, 17:12
**AMERICA** [1] - 1:5
**American** [4] - 6:4, 6:8, 6:9, 6:10
**amount** [1] - 7:2
**amplify** [1] - 12:10
**Ana** [1] - 7:2
**ANA** [3] - 1:17, 1:24, 4:1
**ANGELES** [1] - 20:3
**Angeles** [2] - 5:9, 5:18
**answers** [2] - 9:19, 9:20
**anticipating** [1] - 7:17
**antidepressant** [1] - 11:8
**anxiety** [4] - 8:6, 9:13, 12:21, 13:3
**APPEARANCES** [1] - 2:1
**appeared** [1] - 8:5
**approximate** [1] - 6:18
**area** [4] - 5:12, 5:21, 5:24, 6:1
**areas** [1] - 7:2
**arguments** [1] - 19:15
**articles** [1] - 5:24
**assessment** [4] - 15:14, 15:17, 16:24
**Assistant** [1] - 2:5
**assistant** [2] - 5:6, 5:16
**Association** [2] - 6:4, 6:9

**associations** [2] - 6:5, 6:7
**Attorney** [2] - 2:4, 2:5
**attorney's** [1] - 13:21
**auditor** [2] - 16:20, 17:19
**Avenue** [1] - 2:11
**avoiding** [1] - 12:22

## B

**BA** [1] - 4:24
**based** [5] - 7:9, 16:3, 17:24, 18:12, 18:19
**become** [1] - 13:4
**becoming** [1] - 8:13
**began** [1] - 8:6
**benefits** [1] - 10:12
**best** [1] - 14:10
**beyond** [1] - 16:16
**board** [5] - 6:21, 6:22, 6:23, 6:25, 7:1
**books** [1] - 5:21
**Braun** [1] - 13:21
**break** [1] - 19:16
**Brief** [1] - 13:9
**briefly** [2] - 5:11, 18:16
**BY** [11] - 2:10, 2:14, 3:3, 4:18, 8:22, 10:6, 13:1, 13:10, 13:14, 17:23, 18:18

## C

**C609** [1] - 2:15
**calculate** [1] - 9:21
**CALIFORNIA** [5] - 1:2, 1:17, 1:24, 4:1, 20:4
**California** [5] - 2:7, 2:12, 2:16, 6:11, 20:7
**CALLED** [1] - 3:3
**cancer** [2] - 14:18, 14:19
**CARNEY** [1] - 1:3
**case** [2] - 7:6, 15:1
**Case** [1] - 1:7
**cases** [1] - 5:13
**caused** [2] - 10:24, 12:23
**cell** [1] - 14:19
**CENTRAL** [1] - 1:2
**Central** [1] - 20:7
**certainly** [1] - 14:22
**CERTIFICATE** [1] - 20:1
**certification** [1] - 6:25
**CERTIFIED** [1] - 1:6
**certified** [4] - 6:21, 6:22, 6:23, 7:1
**certify** [1] - 20:7
**chapters** [1] - 5:23
**charging** [1] - 7:13
**check** [2] - 13:24, 14:7
**child** [2] - 5:3, 6:23
**Child** [1] - 6:9

**chosen** [1] - 15:23
**claim** [4] - 10:11, 11:10, 11:17, 11:25
**claims** [1] - 16:12
**clinical** [3] - 5:6, 5:8, 5:16
**closing** [1] - 19:15
**clue** [1] - 17:25
**Code** [1] - 20:8
**cognitive** [3] - 8:13, 12:5, 13:5
**college** [1] - 8:7
**common** [1] - 13:3
**Compensation** [1] - 7:25
**complain** [1] - 11:3
**complained** [1] - 11:5
**complete** [2] - 7:1, 14:12
**completed** [1] - 5:4
**concentration** [1] - 13:4
**conclusions** [2] - 18:11, 18:19
**condition** [2] - 10:7, 12:10
**Conference** [1] - 20:12
**conferences** [2] - 6:3, 6:4
**conformance** [1] - 20:12
**consisted** [2] - 7:3, 8:12
**consistent** [4] - 9:21, 10:1, 10:8, 10:11
**contested** [1] - 11:19
**context** [1] - 10:10
**copies** [1] - 19:14
**CORMAC** [1] - 1:3
**correct** [6] - 11:18, 15:4, 17:4, 18:10, 18:13, 20:9
**COUNSEL** [1] - 2:1
**counsel** [2] - 13:22, 15:24
**County** [2] - 5:9, 5:18
**COUNTY** [1] - 20:3
**couple** [1] - 12:15
**court** [4] - 4:11, 5:10, 5:13, 6:12
**COURT** [14] - 1:1, 1:23, 4:5, 4:10, 8:10, 8:20, 10:4, 12:14, 13:12, 18:15, 19:7, 19:10, 19:13, 20:6
**Court** [6] - 5:19, 6:14, 6:16, 8:2, 20:6, 20:20
**Courthouse** [1] - 2:6
**COURTROOM** [2] - 4:13, 19:18
**cross** [1] - 7:18
**CROSS** [1] - 13:13
**Cross** [1] - 3:4
**CROSS-EXAMINATION** [1] - 13:13
**Cross-Examination** [1] - 3:4
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 20:20
**current** [1] - 16:18

## D

**DANIEL** [1] - 2:14
**Date** [1] - 20:15
**DAY** [1] - 1:14
**Debbie** [2] - 19:20, 20:20
**DEBBIE** [3] - 1:23, 20:5, 20:19
**DECKER** [1] - 2:4
**DEFENDANT** [2] - 2:9, 3:3
**Defendant** [1] - 1:9
**DEFENDANT'S** [1] - 4:12
**defense** [5] - 4:8, 13:22, 15:24, 18:22, 19:9
**department** [2] - 5:7, 5:17
**Department** [1] - 5:19
**depressed** [1] - 12:3
**depression** [11] - 8:6, 9:12, 13:3, 14:21, 14:23, 17:12, 17:14, 17:15, 17:17, 17:18, 17:24
**DEPUTY** [2] - 4:13, 19:18
**determine** [1] - 14:19
**determined** [1] - 15:11
**dhinospaan@yahoo.com** [1] - 1:25
**diagnostic** [1] - 14:12
**different** [3] - 9:20, 10:22, 15:2
**difficulties** [1] - 13:4
**Direct** [1] - 3:3
**DIRECT** [1] - 4:17
**disability** [5] - 8:22, 10:10, 10:12, 17:24, 18:2
**disabled** [1] - 11:22
**disagree** [1] - 14:22, 14:24
**dishonesty** [2] - 10:2, 10:8
**dispute** [1] - 10:18
**District** [2] - 20:6, 20:7
**DISTRICT** [3] - 1:1, 1:2, 1:3
**DIVISION** [1] - 1:2
**Doctor** [2] - 4:19, 13:11
**doctor** [5] - 11:6, 11:9, 11:21, 12:2, 12:18
**doctor's** [3] - 14:7, 15:16, 18:9
**doctors** [11] - 6:3, 12:17, 14:20, 14:22, 15:2, 15:8, 15:18, 15:19, 15:20, 18:24, 18:25
**doctors'** [1] - 18:19
**documents** [1] - 7:22
**done** [2] - 9:5, 18:9
**dosage** [1] - 11:7
**down** [1] - 19:7
**Dr** [7] - 4:8, 10:22, 11:17, 11:19, 11:20, 11:23, 15:2
**Drive** [1] - 2:15
**during** [2] - 8:22, 11:24

**duties** [2] - 16:1, 16:4

## E

**early** [1] - 12:3
**easily** [2] - 8:13, 13:5
**education** [1] - 4:22
**EILEEN** [1] - 2:4
**either** [2] - 10:17, 14:18
**elementary** [1] - 8:7
**Emory** [1] - 4:24
**employee** [1] - 16:3
**employment** [1] - 8:8
**endeavor** [1] - 6:1
**entitled** [1] - 20:11
**environment** [1] - 12:24
**equivalent** [1] - 15:16
**errors** [2] - 8:14, 13:6
**ESQ** [3] - 2:10, 2:14, 2:14
**essentially** [2] - 5:14, 12:22
**estimating** [2] - 6:6, 6:19
**evaluate** [1] - 19:3
**evaluating** [1] - 15:6
**evaluation** [7] - 5:10, 14:10, 14:12, 14:13, 15:6, 19:4
**evaluations** [3] - 16:17, 16:18, 16:19
**evaluator** [1] - 10:22
**evaluators** [1] - 10:20
**exacerbated** [1] - 12:16
**exacerbating** [1] - 12:23
**exact** [2] - 14:16, 14:17
**exactly** [2] - 15:8, 17:11
**exaggerating** [3] - 9:22, 10:17, 10:25
**exaggeration** [2] - 9:15, 9:16, 10:10
**exam** [3] - 7:4, 7:5, 15:16
**examination** [1] - 15:15
**EXAMINATION** [4] - 4:17, 13:13, 17:22, 18:17
**Examination** [4] - 3:3, 3:4, 3:4, 3:5
**examinations** [1] - 7:4
**examine** [1] - 14:11
**examined** [1] - 8:23
**example** [1] - 17:1
**excellent** [1] - 17:19
**excused** [1] - 19:7
**EXHIBITS** [1] - 3:10
**experience** [1] - 5:15
**expert** [1] - 6:12
**expertise** [1] - 5:22
**experts** [1] - 18:25
**explain** [2] - 5:11, 6:25
**external** [3] - 10:2, 10:8, 10:11
**extrapolate** [1] - 15:8
**extremely** [1] - 8:16

## F

**face** [4] - 15:19, 19:4
**face-to-face** [1] - 19:4
**fact** [3] - 14:24, 15:1, 17:5
**far** [1] - 7:17
**FEDERAL** [2] - 1:23, 20:5
**Federal** [2] - 6:14, 20:20
**fee** [2] - 7:15, 7:16
**fellowship** [2] - 5:3, 5:5
**FIRM** [1] - 2:10
**fit** [1] - 10:17
**focus** [1] - 8:13
**follow** [1] - 11:9
**follow-up** [1] - 11:9
**followed** [1] - 5:2
**FOR** [2] - 2:3, 2:9
**foregoing** [1] - 20:9
**forensic** [5] - 4:20, 5:5, 5:9, 5:11, 6:24
**forgetfulness** [1] - 8:12
**form** [3] - 9:24, 9:25, 18:7
**format** [1] - 20:11
**forth** [1] - 7:11
**foundation** [1] - 12:13
**FOURTH** [1] - 1:24
**Fourth** [1] - 2:6
**FRIDAY** [2] - 1:15, 4:1
**front** [1] - 7:4
**full** [1] - 4:13
**functions** [1] - 13:2

## G

**gain** [3] - 10:2, 10:8, 10:12
**Gale** [1] - 19:20
**gentlemen** [3] - 4:5, 4:21, 19:13
**Georgia** [1] - 4:25
**given** [4] - 6:1, 6:2, 15:23, 18:22
**Government** [2] - 19:11, 19:12
**Grand** [1] - 6:2
**GROUP** [1] - 2:13

## H

**Ham** [10] - 7:7, 7:25, 8:1, 8:5, 13:4, 15:21, 16:2, 17:5, 19:3, 19:4
**Ham's** [1] - 18:8
**hard** [2] - 15:5, 15:7
**HARSHAD** [1] - 1:8
**health** [7] - 7:7, 8:3, 8:24, 10:7, 12:9, 16:11, 16:23
**Health** [1] - 5:19
**hearsay** [1] - 8:19
**held** [1] - 20:10

**hereby** [1] - 20:7
**high** [1] - 4:23
**HINO** [3] - 1:23, 20:5, 20:19
**Hino** [1] - 20:20
**HINO-SPAAN** [3] - 1:23, 20:5, 20:19
**Hino-Spaan** [1] - 20:20
**history** [1] - 8:5
**hold** [2] - 17:15, 17:17
**holiday** [6] - 11:9, 11:11, 17:1, 17:8, 17:9, 17:10
**Honor** [4] - 8:18, 10:3, 13:8, 19:12
**HONORABLE** [1] - 1:3
**hour** [1] - 7:13
**hours** [1] - 7:9

## I

**i.e** [1] - 10:12
**immediately** [1] - 11:19
**impairment** [1] - 12:7
**inability** [1] - 8:13
**included** [2] - 7:9, 16:24
**including** [3] - 6:4, 7:20, 15:15
**increase** [4] - 11:7, 12:17, 12:18, 12:25
**increased** [2] - 11:6, 12:19
**indicated** [1] - 9:12
**individual** [3] - 9:7, 10:7, 18:25
**individual's** [2] - 13:2, 17:25
**industry** [1] - 7:15
**influence** [1] - 16:23
**instructions** [2] - 19:14, 19:16
**Internal** [1] - 16:13
**international** [1] - 6:5
**internship** [1] - 5:2
**intersects** [1] - 5:12
**inventory** [1] - 9:6
**Inventory** [1] - 9:9
**irritated** [1] - 8:14
**IRS** [4] - 8:8, 8:11, 10:24, 16:7
**issue** [1] - 10:19
**issues** [3] - 5:13, 8:3, 12:5

## J

**JENNIFER** [1] - 2:5
**job** [6] - 16:1, 16:4, 16:6, 16:11, 16:21, 16:22
**jobs** [2] - 17:15, 17:17
**JOSEPH** [1] - 2:14
**journal** [1] - 5:23
**JUDGE** [1] - 1:3
**Judicial** [1] - 20:12

**UNITED STATES DISTRICT COURT**

**JULY** [2] - 1:15, 4:1
**June** [1] - 11:13
**jury** [5] - 4:4, 4:21, 8:2, 19:14, 19:16
**JURY** [1] - 1:14
**Justice** [1] - 5:20
**Juvenile** [1] - 5:20

## K

**K-a-m-b-a-m** [1] - 4:16
**Kaiser** [9] - 7:25, 11:5, 11:6, 12:17, 14:1, 15:22, 16:14, 16:16, 16:24
**Kambam** [2] - 4:9, 4:15
**KAMBAM** [2] - 3:3, 4:12
**kind** [4] - 12:9, 15:5, 15:15, 16:11
**knowing** [1] - 12:1

## L

**lacks** [1] - 12:12
**ladies** [3] - 4:5, 4:21, 19:13
**Lake** [1] - 2:11
**last** [1] - 4:14
**Law** [1] - 6:10
**law** [1] - 5:13
**LAW** [2] - 2:10, 2:13
**LAYTON** [1] - 2:14
**leave** [1] - 12:19
**Lemon** [1] - 2:15
**length** [1] - 17:24
**less** [1] - 18:3
**letter** [3] - 11:8, 11:21, 12:18
**likelihood** [2] - 9:21, 18:3
**Linda** [1] - 2:16
**list** [1] - 16:4
**listed** [1] - 16:11
**listen** [1] - 15:13
**look** [3] - 9:23, 14:19, 16:17
**looked** [1] - 13:18
**Los** [2] - 5:9, 5:18
**LOS** [1] - 20:3

## M

**M.D** [1] - 4:25
**malingering** [2] - 9:24, 9:25
**matter** [1] - 20:11
**mean** [4] - 9:2, 9:17, 15:7, 17:11
**means** [1] - 6:25
**medical** [2] - 7:25, 13:25
**medication** [1] - 11:8, 12:18
**medicine** [1] - 14:17
**member** [2] - 6:7, 6:8
**memory** [2] - 12:7, 13:5

**mental** [6] - 5:13, 7:7, 8:3, 8:24, 10:7, 11:9, 11:11, 12:9, 12:10, 15:15, 16:11, 16:23, 17:1, 17:8, 17:9, 17:10
**Mental** [2] - 5:19
**mentioned** [1] - 10:9
**Michael** [2] - 7:7, 8:1
**MICHAEL** [1] - 2:10
**Michigan** [1] - 5:2
**might** [1] - 16:23
**mind** [1] - 10:5
**Minnesota** [1] - 9:8
**minute** [1] - 19:16
**minutes** [1] - 19:14
**MMPI** [4] - 9:8, 9:11, 9:12, 18:5
**moment** [2] - 4:11, 13:8
**mood** [1] - 8:12
**morning** [4] - 4:5, 4:19, 13:15, 13:16
**MR** [9] - 4:8, 4:18, 8:22, 10:6, 13:1, 13:10, 17:23, 18:14, 19:9
**MS** [9] - 8:9, 8:18, 10:3, 12:12, 13:14, 17:21, 18:16, 18:18, 19:12
**Multiphasic** [1] - 9:8

## N

**Nair** [4] - 10:22, 11:20, 11:23, 15:2
**Nair's** [2] - 11:17, 11:19
**name** [3] - 4:13, 4:14, 4:15
**necessarily** [1] - 10:24
**need** [4] - 7:1, 11:10, 13:8, 19:13
**needed** [4] - 17:3, 17:6, 17:8, 17:9
**next** [1] - 4:7
**none** [2] - 3:11, 14:17
**normal** [2] - 17:15, 17:17
**note** [1] - 11:1
**noted** [1] - 10:13
**number** [1] - 8:23

## O

**objection** [5] - 8:9, 8:18, 8:21, 10:3, 12:12
**objective** [2] - 18:6, 18:7
**occupation** [1] - 4:19
**OF** [7] - 1:2, 1:5, 1:13, 2:1, 20:1, 20:3, 20:4
**offered** [1] - 3:11
**office** [5] - 11:21, 12:1, 13:21, 14:7
**Office** [1] - 7:24
**offices** [1] - 6:11
**Official** [1] - 20:20

**OFFICIAL** [3] - 1:23, 20:1, 20:5
**Ohio** [1] - 5:5
**one** [3] - 7:7, 10:22, 12:16
**oOo** [1] - 19:21
**opinion** [3] - 10:22, 15:2, 16:20
**opinions** [1] - 18:11
**oral** [1] - 7:4
**order** [1] - 14:9
**organizations** [1] - 6:5
**overall** [1] - 10:7
**overruled** [4] - 8:10, 8:20, 10:4, 12:14
**overwhelmed** [1] - 8:14, 12:21, 13:5
**OWCP** [3] - 7:24, 10:19, 16:14
**own** [1] - 18:9

## P

**PAGE** [1] - 3:2
**page** [1] - 20:11
**paid** [1] - 7:18
**papers** [1] - 5:21
**part** [2] - 18:12, 18:13
**partially** [1] - 18:21
**Pasadena** [1] - 2:12
**patient** [7] - 14:10, 14:13, 14:14, 15:6, 15:11, 15:13, 15:15
**patient's** [1] - 15:17
**pattern** [2] - 10:2, 10:8
**pause** [1] - 13:9
**people** [5] - 7:4, 9:20, 12:20, 17:15, 17:17
**per** [2] - 7:13, 11:5
**perform** [1] - 13:2
**performance** [6] - 16:17, 16:18, 16:19, 16:22, 16:25, 17:2
**performances** [1] - 16:12
**performed** [1] - 9:9
**performing** [3] - 5:10, 16:6, 16:20
**period** [2] - 8:23, 17:24
**person** [1] - 14:14
**Personality** [1] - 9:9
**personality** [1] - 9:13
**physical** [1] - 15:16
**physician** [1] - 4:20
**physicians** [2] - 14:2, 14:3
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**point** [3] - 5:5, 8:15, 10:13
**pointed** [2] - 9:13, 9:14
**poor** [1] - 13:5
**possess** [1] - 9:14

**possible** [2] - 9:14, 17:20
**possibly** [1] - 10:24
**potential** [1] - 9:13
**practice** [2] - 5:8, 5:18
**practiced** [1] - 5:8
**Praveen** [2] - 4:8, 4:15
**PRAVEEN** [2] - 3:3, 4:12
**preparation** [1] - 7:22
**prepare** [1] - 13:17
**presence** [1] - 4:4
**presentations** [4] - 5:25, 6:1, 6:2, 6:6
**presented** [1] - 8:3
**previous** [1] - 13:21
**private** [2] - 5:8, 5:17
**problems** [1] - 8:13
**proceedings** [2] - 19:19, 20:10
**process** [2] - 7:3, 11:24
**professional** [4] - 4:22, 5:15, 6:3, 6:7
**professionals** [1] - 8:24
**professor** [2] - 5:6, 5:17
**provided** [1] - 12:18
**providers** [1] - 13:25
**provoking** [1] - 8:17
**psychiatric** [4] - 9:15, 9:16, 10:23, 12:20
**Psychiatric** [2] - 6:4, 6:8
**Psychiatry** [2] - 6:10
**psychiatry** [12] - 4:20, 5:4, 5:5, 5:7, 5:9, 5:11, 5:12, 5:17, 6:22, 6:24, 14:15
**psychological** [5] - 9:2, 9:3, 9:4, 9:5, 18:7
**psychology** [2] - 4:24, 14:15
**published** [2] - 5:21, 5:23
**pursuant** [1] - 20:8
**put** [2] - 7:10, 8:4

## Q

**questionnaires** [2] - 9:6, 9:7
**questions** [5] - 7:18, 9:20, 9:21, 17:21, 19:6

## R

**ready** [1] - 4:7
**really** [3] - 9:23, 11:22, 18:16
**REALTIME** [1] - 20:5
**receive** [1] - 11:20
**received** [3] - 4:24, 4:25, 5:1
**record** [1] - 4:14
**recordings** [1] - 15:13
**records** [21] - 7:7, 7:24,

7:25, 8:3, 8:5, 11:5, 11:20, 13:18, 13:20, 13:25, 14:5, 14:6, 14:7, 15:5, 15:8, 15:22, 15:23, 16:10, 16:16, 16:24, 18:20

**Recross** [1] - 3:5
**RECROSS** [1] - 18:17
**Recross-Examination** [1] - 3:5
**RECROSS-EXAMINATION** [1] - 18:17
**Redirect** [1] - 3:4
**REDIRECT** [1] - 17:22
**regional** [1] - 6:11
**regulations** [1] - 20:12
**related** [1] - 16:12
**Relevance** [1] - 8:9
**relevance** [1] - 10:3
**rely** [1] - 15:5
**repeating** [1] - 10:5
**report** [3] - 11:17, 11:19, 15:10
**reported** [4] - 13:4, 15:9, 19:19, 20:10
**reporter** [1] - 4:11
**Reporter** [1] - 20:20
**REPORTER** [3] - 1:23, 20:1, 20:6
**REPORTER'S** [1] - 1:13
**reporting** [1] - 15:10
**reports** [2] - 10:16, 15:14
**requested** [1] - 11:8
**residency** [1] - 5:2
**resolved** [2] - 10:19, 11:25
**rests** [2] - 19:9, 19:12
**results** [3] - 9:11, 10:1, 10:6
**retained** [1] - 7:6
**retainer** [1] - 7:9
**return** [6] - 10:21, 11:14, 12:9, 12:24, 18:3
**returned** [3] - 10:13, 10:19, 12:1
**returning** [2] - 11:6, 11:16
**Revenue** [4] - 16:2, 16:13, 17:5, 19:3
**revenue** [1] - 17:19
**review** [3] - 7:6, 7:10, 7:22
**reviewed** [2] - 7:24, 18:8
**reviewing** [1] - 11:25
**rise** [1] - 19:18
**ROOM** [1] - 1:24
**Rounds** [1] - 6:2

## S

**sad** [1] - 8:12
**Santa** [1] - 2:7
**SANTA** [3] - 1:17, 1:24, 4:1
**saw** [3] - 10:15, 10:16,

16:10
**scale** [2] - 9:18
**school** [1] - 4:23
**science** [2] - 14:16, 14:17
**seated** [1] - 4:6
**Section** [1] - 20:8
**see** [2] - 16:5, 16:18
**seeking** [1] - 10:11
**sent** [1] - 13:21
**September** [1] - 20:15
**Service** [1] - 16:13
**Services** [1] - 5:19
**set** [1] - 19:15
**seven** [1] - 8:15
**several** [1] - 10:23
**severe** [2] - 10:20, 11:22
**severity** [2] - 14:24, 17:25
**SEVERO** [11] - 2:10, 2:10, 4:8, 4:18, 8:22, 10:6, 13:1, 13:10, 17:23, 18:14, 19:9
**Severo** [3] - 3:3, 3:4, 4:7
**SHAH** [1] - 1:8
**sick** [1] - 9:23
**similar** [2] - 9:12, 11:4
**someone** [2] - 14:20, 17:18
**sometime** [1] - 12:2
**sometimes** [1] - 14:18
**sorry** [1] - 9:3
**source** [1] - 12:25
**South** [1] - 2:11
**SOUTHERN** [1] - 1:2
**Spaan** [1] - 20:20
**SPAAN** [3] - 1:23, 20:5, 20:19
**specializing** [1] - 4:20
**specialty** [1] - 6:22
**specific** [1] - 9:8
**specifically** [1] - 16:25
**Speculation** [1] - 12:12
**speculation** [1] - 8:19
**spell** [1] - 4:14
**spelled** [1] - 4:16
**stand** [1] - 4:10
**standard** [2] - 7:15, 7:16
**standardized** [1] - 9:19
**standing** [1] - 8:20
**standpoint** [1] - 12:20
**start** [1] - 11:16
**started** [1] - 16:15
**STATE** [1] - 20:4
**state** [2] - 4:13, 5:13
**State** [1] - 6:16
**statement** [1] - 16:3
**STATES** [2] - 1:1, 1:5
**States** [6] - 2:4, 2:5, 2:6, 20:6, 20:8, 20:13
**status** [1] - 15:15
**stenographically** [1] - 20:10

**step** [1] - 19:7
**still** [4] - 12:3, 12:5, 12:7, 16:24
**STREET** [1] - 1:24
**Street** [1] - 2:6
**stress** [4] - 12:10, 12:19, 12:23, 12:25
**stressful** [1] - 8:16
**stressor** [1] - 12:22
**strike** [1] - 11:15
**subspecialty** [2] - 5:3, 6:23
**suffering** [2] - 12:5, 12:7
**Suite** [3] - 2:7, 2:11, 2:15
**summarize** [2] - 8:2, 9:10
**summary** [1] - 4:22
**supervisor** [1] - 16:5
**surprise** [1] - 17:18
**SWORN** [1] - 4:12
**symptom** [1] - 9:6
**symptoms** [26] - 8:6, 8:12, 9:12, 9:13, 9:15, 9:16, 9:22, 10:10, 10:20, 10:23, 10:25, 11:4, 11:7, 11:22, 12:11, 12:16, 12:24, 12:25, 13:1, 13:3, 15:9, 15:10, 16:11, 16:23, 18:1

## T

**TAX** [1] - 2:13
**ten** [3] - 5:23, 19:14, 19:16
**ten-minute** [1] - 19:16
**Tennessee** [1] - 5:1
**terms** [2] - 10:15, 11:25
**test** [4] - 7:3, 9:8, 9:12, 9:19
**tested** [2] - 9:1, 9:2
**testified** [1] - 6:12
**testimony** [3] - 7:10, 7:23, 13:18
**testing** [14] - 9:2, 9:3, 9:4, 9:5, 10:1, 10:6, 10:9, 10:15, 10:16, 18:6, 18:7, 18:9, 18:12, 18:13
**tests** [2] - 9:11, 9:14
**THE** [22] - 2:3, 2:9, 2:10, 3:3, 4:5, 4:10, 4:13, 4:15, 8:10, 8:11, 8:20, 10:4, 10:5, 12:14, 12:15, 13:12, 18:15, 19:7, 19:8, 19:10, 19:13, 19:18
**three** [1] - 9:9
**Title** [1] - 20:8
**today** [3] - 7:20, 13:18, 18:12
**together** [1] - 8:5
**training** [2] - 5:3, 7:2
**traits** [1] - 9:14
**TRANSCRIPT** [1] - 1:13
**transcript** [2] - 20:9, 20:11
**treated** [2] - 17:13, 17:14

**treating** [3] - 11:6, 14:2, 14:3
**TRIAL** [1] - 1:14
**true** [1] - 20:9
**trying** [1] - 9:23
**two** [1] - 7:3
**type** [3] - 9:5, 13:5, 18:6
**types** [1] - 13:1
**typically** [3] - 8:12, 18:2, 18:25

## U

**U.S** [1] - 1:3
**UCLA** [4] - 5:4, 5:7, 5:17, 6:2
**unable** [1] - 10:21
**unfit** [2] - 10:21, 11:14
**United** [6] - 2:4, 2:5, 2:6, 20:6, 20:8, 20:13
**UNITED** [2] - 1:1, 1:5
**University** [3] - 4:24, 5:1, 5:2
**up** [3] - 9:22, 11:9, 19:15

## V

**vary** [1] - 14:20
**varying** [1] - 8:4
**visit** [2] - 11:9, 14:3
**vocal** [3] - 17:5, 17:7, 17:11
**Volume** [1] - 1:8, 19:20
**vs** [1] - 1:7

## W

**WAIER** [10] - 2:5, 8:9, 8:18, 10:3, 12:12, 13:14, 17:21, 18:16, 18:18, 19:12
**Waier** [4] - 3:4, 3:5, 13:12, 18:15
**WAS** [1] - 4:12
**WCP** [1] - 14:7
**West** [1] - 2:6
**WEST** [1] - 1:24
**WILSON** [2] - 2:13, 2:14
**Witherspoon** [2] - 16:8, 16:10
**witness** [1] - 4:7
**WITNESS** [6] - 4:12, 4:15, 8:11, 10:5, 12:15, 19:8
**WITNESSES** [1] - 3:2
**words** [3] - 9:22, 18:8, 18:9
**Workers'** [1] - 7:24
**worsened** [3] - 8:7, 8:8, 8:11
**write** [2] - 11:21, 15:14
**written** [2] - 7:4, 12:2

**UNITED STATES DISTRICT COURT**

## Y

**years** [3] - 8:7, 8:15
**Yorba** [1] - 2:16
**yourself** [3] - 9:23, 14:11, 15:6